LUCIA NASCENDO AND JOHN NASCENDO ET AL., PLAIN-
TIFFS, v. ALBERT VITOLO AND JOSEPH MESSINA,
DEFENDANTS.

Submitted May 15, 1931—Decided November 4, 1931.

Before Justices TRENCHARD, DALY and DONGES.

For the plaintiffs, *Kalisch & Kalisch*.

For the defendant Albert Vitolo, *John A. Matthews*.

For the defendant Joseph Messina, *Holmwood & Creighton*.

PER CURIAM.

This is plaintiffs' rule to show cause. The female plain-
tiffs, Lucia Nascendo and Antoinetta Pepe, were injured
whilst passengers in an automobile admittedly owned and
operated by the defendant Albert Vitolo. At the intersection
of Center and Mulberry streets, in Newark, a collision oc-
curred between Vitolo's automobile and a truck of the defend-
ant Joseph Messina, operated by one De Fusco.

Plaintiffs allege that both defendants were guilty of neg-
ligence, the defendant Vitolo by driving around to the left
of a trolley car, and the truck driver in traveling at a high
rate of speed and without due regard to the traffic on the
highway. The trial resulted in a verdict for both defendants
and plaintiffs have this rule to show cause why a new trial
should not be granted.

Our study of the testimony persuades us that the collision was the result of negligence of one or both defendants. Inasmuch as the jury evidently disregarded the testimony in exculpating both defendants, we are of opinion that a new trial should be granted.

The rule to show cause is made absolute and a new trial granted.